NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RUDOLPH MARTINEZ, JR.,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2025-1387

---

Petition for review of the Merit Systems Protection Board in No. DE-0752-21-0052-C-3.

---

Before LOURIE, PROST, and CHEN, *Circuit Judges.*

PER CURIAM.

## O R D E R

Rudolph Martinez, Jr. seeks our review of a decision of an administrative judge of the Merit Systems Protection Board dismissing his enforcement petition without prejudice to automatic refiling on or about March 12, 2026.[1] We

---

[1]    The administrative judge explained that "[d]ismissal without prejudice is an appropriate mechanism to ensure efficient use of the resources of the Board under the

directed the parties to show cause as to our jurisdiction to review this matter.  In its response, the Board urges dismissal.  Mr. Martinez has not responded.

This court's jurisdiction is limited to "an appeal from a *final* order or *final* decision of the . . . Board," 28 U.S.C. § 1295(a)(9) (emphases added).  Board decisions indicating that further proceedings on the merits are required are non-final decisions.  *See Strausbaugh v. Merit Sys. Prot. Bd.*, 401 F. App'x 524, 526 (Fed. Cir. 2010) (noting that dismissal with "the option of refiling [the Board appeal]" is not a "final, appealable order[]" (collecting cases)); *cf. Weed v. Soc. Sec. Admin.*, 571 F.3d 1359, 1361 (Fed. Cir. 2009).

Accordingly,

IT IS ORDERED THAT:

(1)  The petition for review is dismissed for lack of jurisdiction.

(2) Each party shall bear its own costs.

FOR THE COURT

September 25, 2025
        Date

Jarrett B. Perlow
Clerk of Court

---

circumstances" because Mr. Martinez's Board petition for enforcement is "intertwined with [his] active court litigation and that the court's future decision(s) on it stand to directly affect Appellant's claim" before the Board.  ECF No. 2 at 88–89.